**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| In The Matter Of: | In Bankruptcy: |
|---|---|
| FRED RASHID RASHO | Case No. 16-48535-PJS |
|  | Chapter 7 |
| Debtor(s). / | Hon. Phillip J. Shefferly |

## CERTIFICATE OF DISTRIBUTION

Mark H. Shapiro, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $11,000.00 and disbursed $43.49, leaving a balance on hand of $10,956.51, which funds are deposited in an account at Integrity Bank;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Mark H. Shapiro, Trustee Fee per court order entered 1/8/18 [docket no. 61] | $1,850.00 | 100.00 | $1,850.00 |
| Mark H. Shapiro, Trustee Expense per court order entered 1/8/18 [docket no. 61] | $100.00 | 100.00 | $100.00 |
| Steinberg Shapiro & Clark Attorney for Trustee Fees per court order entered 1/8/18 [docket no. 60] | $4,442.50 | 100.00 | $4,442.50 |
| Steinberg Shapiro & Clark Attorney for Trustee Expenses per court order entered 1/8/18 [docket no. 60] | $111.86 | 100.00 | $111.86 |
|  |  | **Subtotal:** | **$6,504.36** |

| | Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 1 | Extra Credit Union | $14,634.84 | 3.32 | $486.09 |
| 2 | Michigan Department of Treasury | $720.00 | 3.32 | $23.91 |
| 3 | Russell Purser | $116,455.00 | 3.32 | $3,867.90 |
| 4 | Verizon | $615.05 | 3.32 | $20.43 |
| 5 | T Mobile/T-Mobile USA Inc | $1,179.44 | 3.32 | $39.17 |
| 6 | Portfolio Recovery Associates, LLC | $441.15 | 3.32 | $14.65 |
| | | | **Subtotal:** | **$4,452.15** |
| | | | **Total:** | **$10,956.51** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: January 15, 2018

/s/ MARK H. SHAPIRO P43134
Mark H. Shapiro, Chapter 7 Trustee
25925 Telegraph Road
Suite 203
Southfield, MI 48033
Phone: (248) 352-4700
E-mail: shapiro@steinbergshapiro.com